Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorney for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Martin Gomez,

        Petitioner,

   v.

Todd Blanche[1], *et al.*,

        Respondents.

Case No. 2:26-cv-00708-JAD-BNW

**Stipulation to Extend Time to File Amended Petition (Second Request)**

Petitioner Martin Gomez and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, or a motion to dismiss, moving the deadline to May 1, 2026.

This stipulation is warranted because the parties are in the process of verifying Mr. Gomez's lawful deportation.

---

[1] Acting Attorney General Todd Blanche is automatically substituted in place of Pamela Bondi. *See* Fed. R. Civ. P. 25(d).

Currently, the amended petition, or a motion to dismiss, is due on April 17, 2026. This is the second request for an extension of time for this deadline. *See* ECF Nos. 7, 8.

On April 16, 2026, Mr. Fiedler conferred with counsel for Respondents, Civil Division Chief, Assistant United States Attorney Virginia Tomova and Deputy Civil Chief Tamer B. Botros. Mr. Botros agreed to this 14-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Gomez to file an amended petition to May 1, 2026.

Respectfully submitted this 17th day of April, 2026.

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH, First Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

/s/ *Tamer B. Botros*
Tamer B. Botros
Assistant United States Attorney
Deputy Civil Chief

/s/ *Randolph Fiedler*
Randolph Fiedler
Assistant Federal Public Defender

## ORDER

Based on the parties' stipulation and with good cause appearing, the stipulation [ECF No. 9] is GRANTED. The amended petition is due on May 1, 2026.

_____
UNITED STATE DISTRICT JUDGE

DATED: April 17, 2026

2