**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Martin Gomez,

       Petitioner

v.

Tood Blanche, et al.,[1]

       Respondents

Case No.: 2:26-cv-00708-JAD-BNW

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 15]

Petitioner Martin Gomez filed a pro se petition for a writ of habeas corpus in early March 2026. I appointed him counsel and ordered Gomez to file a counseled amended petition by May 1, 2026.[2] When that deadline passed without an amended petition, I ordered Gomez to show cause why this case should not be dismissed.[3] The government then filed a status report confirming that Gomez had been removed to Mexico on March 30, 2026.[4] After reviewing the government's status report, Gomez moves to dismiss this case.[5] With good cause appearing, I grant that motion and close this case.

---

[1] Todd Blanche has replaced respondent Pamela Bondi as the Acting Attorney General of the United States and Markwayne Mullin has replaced respondent Kristi Noem as United States Secretary of Homeland Security, so I substitute them as respondents under Federal Rule of Civil Procedure 25(d).

[2] ECF Nos. 3, 10.

[3] ECF No. 11.

[4] ECF No. 13.

[5] ECF No. 15.

**Conclusion**

IT IS THEREFORE ORDERED that Martin Gomez's motion to dismiss **[ECF No. 15] is**

**GRANTED**.  The Clerk of Court is directed to CLOSE THIS  CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 19, 2026

2